STATE OF MAINE                          SUPERIOR COURT
CUMBERLAND, ss                          CIVIL ACTION
                                        DOCKET NO. CV-21-330

JAMES H. ALDEN,

        Plaintiff

v.

WILLIAM J. IFFERT and
GAIL A. CUOMO,

        Defendants

REC'D CUMB CLERKS OFC
MAY 5 '22 PM12:35

Defendants filed a motion to dissolve the temporary restraining order, which was granted without notice based on plaintiff's representations filed under oath. Based on defendants' response and counsel's representations in the motion to dissolve (Mot. at 1-2), several of plaintiff's representations were unsupported. Plaintiff filed no response to the defendants' motion to dissolve.

In its order granting the motion to dissolve, the court requested an affidavit of attorney's fees incurred by defendants in filing the motion to dissolve. See Baker v. Manter, 2001 ME 26, ¶ 14, 765 A.2d 583. Defendant's filed an affidavit outlining reasonable fees incurred in responding to plaintiff's motion. See Brandis v. Brandis, 489 A.2d 1110, 1112 (Me. 1985) ("It should be clear to the Bar by this time that an award of attorney's fees will not survive a challenge in the absence of at least an affidavit attesting to the defendant's fee arrangement with her lawyer, counsel's customary hourly rate, and other such facts necessary to allow the court to make a valid calculation as to what amounts to reasonable counsel fees."); see also Department of Human Services v. Hulit, 524 A.2d 1212, 1216 (Me. 1987); Poussard v. Commercial Credit Plan, Inc., 479 A.2d 881, 884 (Me. 1984).

1

The entry is

Within 30 days of the date of this order, plaintiff shall pay to the firm of Ainsworth, Thelin & Raftice the sum of $1,866.75 as reimbursement for reasonable attorney's fees incurred by Defendants in responding to Plaintiff's Motion for Temporary Restraining Order.

Date:  May 6, 2022

Nancy Mills
Active Retired Judge

Entered on the Docket: 5/3/22

2